529 S.E.2d 542

**In the Matter of John C. SCURRY, Jr., Respondent.**

Supreme Court of South Carolina.

March 13, 2000.

## ORDER

Respondent was suspended on July 26, 1999, for a period of ninety days, retroactive to June 9, 1999. He has now filed an

affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

ERNEST A. FINNEY, JR.,
CHIEF JUSTICE